**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND (ACTIVES & RETIREES), CENTRAL LABORERS' ANNUITY FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND ("NC Welfare"), NORTHERN ILLINOIS LABORERS' ANNUITY FUND ("NI Annuity"), ILLINOIS LABORERS AND CONTRACTORS JOINT APPRENTICESHIP & TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING ("MRFFC"), CONSTRUCTION INDUSTRY ADVANCEMENT FUND, NORTH CENTRAL LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST, MARKET PROMOTION FUND, MIDWEST REGION ORGANIZATION COMMITTEE, GREAT PLAINS LABORERS' VACATION FUND, and the GREAT PLAINS LABORERS' DISTRICT COUNCIL WORKING DUES CHECK OFF FUND

Plaintiffs,

v.

SIGNATURE DEMOLITION SERVICES INC., an Illinois corporation,

Defendant.

Case No. **20-Cv-1656**

Judge Edmond E. Chang

**PLAINTIFFS'**
**MOTION FOR DEFAULT JUDGMENT**

Plaintiffs CENTRAL LABORERS' PENSION FUND, *et al*., by their attorneys and pursuant to Federal Rules of Civil Procedure 55(b) and 54, respectfully move this Court to enter a default judgment in favor of Plaintiffs and against Defendant SIGNATURE DEMOLITION SERVICES INC., and in support of their motion Plaintiffs state as follows:

1. This is an ERISA action by fringe benefit funds to, *inter alia*, recover fringe benefit contributions owed to Plaintiffs. (See, e.g., Docket Entry # 1 – Complaint.)

2. Plaintiffs filed their amended complaint on March 7, 2020. (Docket Entry # 4.) The amended complaint was served on May 5, 2020. (Docket Entry # 13.)

3.      In a court order entered on December 11, 2020, (Docket Entry # 28), Defendant SIGNATURE DEMOLITION SERVICES INC. was ordered to answer the amended complaint. The order further stated that "[i]f no answer is filed on time, then the Defendant is deemed to be in default, and the Plaintiffs shall file a motion for default judgment in a sum certain." (Docket Entry # 28.)

4.      Defendant SIGNATURE DEMOLITION SERVICES INC. has not filed an appearance, answer, other responsive pleading or motion.

5.      Plaintiffs are entitled to a default judgment against all Defendants on the underlying claim, in an amount not less than $1,442.20, for delinquent fringe benefit contributions, work dues, liquidated late payment assessments for delinquent fringe benefit contributions, and audit costs. In support, Plaintiffs attach the Affidavit of Plaintiffs' Employer Contributions Department Director Larry Sciortino as *Exhibit A*.

6.      ERISA provides that upon recovery of unpaid benefit contributions by a fiduciary of a benefit plan, "the court *shall* award the plan…reasonable attorney's fees and costs of the action, to be paid by the defendant." 29 U.S.C. § 1132(g)(2)(D) (emphasis added).  An award of attorneys' fees under this section is non-discretionary.  Plumbers' Pension Fund v. Domas Mech. Contractors, Inc., 778 F.2d 1266, 1271 (7th Cir. 1985); Laborers' Pension Fund v. Blackmore Sewer Const., Inc., 298 F.3d 600, 608 (7th Cir. 2002).  The Seventh Circuit flatly rejected the notion that the fees must be calculated proportionally to damages, opining that "it is absolutely permissible to spend $100,000 litigating what is known to be a $10,000 claim if that is a reasonable method of achieving the result." Anderson v. AB Painting, 578 F.3d 542, 546 (7th Cir. 2009).

7.      With entry of default judgment, Plaintiffs are entitled to an award of reasonable attorneys' fees and costs pursuant to § 1132(g)(2)(D).

8.      Plaintiffs expended $605.00 in court filing fees, process server fees, deposition services, and related costs in this action.  (See *Exhibit B*.)

9.      Plaintiffs expended not less than $3,602.50 in attorney's fees in this action.  (See *Exhibit B*.)

10.     In support of an additional money judgment in the amount of $4,207.50 for costs ($605.00) and attorneys' fees ($3,602.50) to date, Plaintiffs attach a fees and costs affidavit as *Exhibit B*.

11.     **The total judgment amount will therefore be $5,649.70 (**$1,442.20 + $4,207.50).

WHEREFORE, pursuant to Federal Rules of Civil Procedure 55(b) and 54, Plaintiffs respectfully ask that the Court enter a default judgment in an amount not less than **$5,649.70** in favor of Plaintiffs and against Defendant SIGNATURE DEMOLITION SERVICES INC.

Respectfully submitted,

CENTRAL LABORERS' PENSION FUND, *et al*.

By:   /s/ *Richard A. Toth*

Richard A. Toth
DALEY AND GEORGES, LTD.
*Attorneys for Plaintiffs*
20 S. Clark St., Suite 400
Chicago, IL  60603-1835
(312) 726-8797
rtoth@daleygeorges.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND (ACTIVES & RETIREES), CENTRAL LABORERS' ANNUITY FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND ("NC Welfare"), NORTHERN ILLINOIS LABORERS' ANNUITY FUND ("NI Annuity"), ILLINOIS LABORERS AND CONTRACTORS JOINT APPRENTICESHIP & TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING ("MRFFC"), CONSTRUCTION INDUSTRY ADVANCEMENT FUND, NORTH CENTRAL LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST, MARKET PROMOTION FUND, MIDWEST REGION ORGANIZATION COMMITTEE, GREAT PLAINS LABORERS' VACATION FUND, and the GREAT PLAINS LABORERS' DISTRICT COUNCIL WORKING DUES CHECK OFF FUND | ) | |
| Plaintiffs, | ) | |
| v. | ) | Case No. **20-Cv-1656** |
| SIGNATURE DEMOLITION SERVICES INC., an Illinois corporation, | ) | Judge Edmond E. Chang |
| Defendant. | ) | |

**<u>AFFIDAVIT OF LARRY SCIORTINO</u>**

I, Larry Sciortino, affiant, being first duly sworn on oath, depose and say as follows:

1. I am presently the Employer Contributions Department Director of the CENTRAL LABORERS' PENSION FUND and affiliated fringe benefit funds (the "Funds"). By virtue of my authority in that position I have direct personal knowledge of all facts stated in this *Affidavit* and if called as a witness could give testimony with respect thereto.

2. Defendant SIGNATURE DEMOLITION SERVICES INC. owes the Funds not less than $1,442.20, consisting of audited delinquent fringe benefit contributions, participant work dues, late payment assessments for delinquent fringe benefit contributions and audit costs (but exclusive of attorney fees and court costs). The original, total amount owed was not less than $13,829.17, however $12,386.97 has been paid to date, leaving a balance due of $1,442.21. I have attached to my affidavit a schedule detailing the original outstanding contributions and penalties due, marked *Sciortino Exhibit 1* and made a part hereof. (The schedule does not reflect the $12,386.97 paid to date.)

EXHIBIT
A



3. A copy of the underlying audit report (with employee social security numbers redacted) is attached as *Sciortino Exhibit 2*.

4. A copy of the audit invoice, which has been paid by Plaintiffs, is attached as *Sciortino Exhibit 3*.

5. The Trustees of the CENTRAL LABORERS' PENSION FUND and affiliated fringe benefit funds have retained the law firm of Daley and Georges, Ltd., 20 S. Clark Street, Chicago, Illinois, to pursue the collection of the above-stated delinquent contributions and assessment penalties and have made payments to that law firm for legal fees incurred in the collection of the assessments.

LARRY SCIORTINO

Subscribed and sworn to before me
this January 19, 2021.

NOTARY PUBLIC

OFFICIAL SEAL
MARIA K DAWDY
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/11/24

**SCIORTINO EXHIBIT 1**

**Revised 7/27/20**

Signature Demolition Services, Inc.
7548 W 83rd Pl.
Bridgewiew, IL 60455-1703
Acct #: 15526

Audit Liabilities (06/01/2016-05/31/2020)

| | | |
|---|---|---|
| Pension | $2,460.32 | |
| PSUPP | 2,693.04 | |
| Welfare | 1,546.20 | |
| RTREW | 85.40 | |
| NC Welfare | 1,076.80 | |
| Annuity | 1,100.50 | |
| Training | 299.20 | |
| CI LECET | 68.16 | |
| NC LECET | 25.24 | |
| CI MRFFC | 24.40 | |
| NC MRFFC | 14.84 | |
| CIBIAF | 69.62 | |
| CI LEGAL | 14.40 | |
| NC LPL | 5.90 | |
| NC Mktpres | 177.82 | |
| CI Checkoff | 31.50 | |
| SC Vacation | 542.00 | |
| NC Vacation | 109.60 | |
| CI Work Dues | 505.64 | |
| NC Work Dues | 220.14 | |
| Subtotal | $11,070.72 | |
| Liquidated Damages | 1,107.07 | |
| Audit Cost | 1,651.38 | |
| Total | $13,829.17 | $13,829.17 |
| **Grand Total Due** | | **$13,829.17** |

**SCIORTINO EXHIBIT 2**

**STATEMENT OF ADDITIONAL REPORTABLE HOURS DUE FOR SIGNATURE DEMO SERVICES, INC. ON BEHALF OF THE CENTRAL LABORERS' PENSION, WELFARE AND ANNUITY FUNDS FOR THE PERIOD JUNE 1, 2016 THROUGH MAY 31, 2020**

ROMOLO & ASSOCIATES, LLC
CERTIFIED PUBLIC ACCOUNTANTS
1700 W. LUTHY DRIVE, PEORIA IL 61615
PHONE 309.682.2001 • FAX 309.682.2045 • romolocpa.com

Central Laborers' Pension,
Welfare and Annuity Funds
Jacksonville, Illinois

We have performed the procedures enumerated on the attached supplement, which were agreed to by the Central Laborers Pension, Welfare, & Annuity Funds (the Fund), solely to assist you with respect to the selected payroll and related records of Signature Demo Services, Inc. (the employer) for the period of June 1, 2016 through May 31, 2020. The employer's management is responsible for the employer records provided to us. These procedures were designed to determine if the data submitted by the Employer is in compliance with the reporting provisions of the collective bargaining agreements, participation agreements, and Central Laborers Pension, Welfare, & Annuity Funds' Trust Agreements. The sufficiency of the procedures is solely the responsibility of those parties specified in the report. Consequently, we make no representation generally regarding the sufficiency of the procedures described in the attached supplement either for the purpose for which this report has been requested or for any other purpose.

The scope of this engagement is limited to records made available by the employer and would not necessarily disclose all exceptions in employer contributions to the Fund. Any compensation paid to employees not disclosed to us or made part of the written record was not determinable by us and was not included in our review.

Our procedures performed are found on the attached supplement.

In connection with the above procedures, certain matters came to our attention that resulted in findings of additional Employer contributions, as shown in the summary of amounts due, were due to the Funds in the amount of $11,070.72.

In addition, the accompanying notes herein identify any special circumstances that we believe the Trustees should consider in evaluating this report. These notes are an integral part of this report and should be reviewed to completely understand this report.

Our procedures were related to an examination of the employer's payroll records provided to us and did not extend to any financial statements of the contributing employer. The procedures were substantially less in scope than an audit of the financial statements of the contributing employer, the objective of which is the expression of an opinion on the contributing employer's financial statements. Accordingly, no such opinion is expressed. Had we performed additional procedures other matters might have come to our attention that would have been reported to you.

This report is intended solely for the information of the Central Laborers Pension, Welfare, & Annuity Funds and is not intended to be and should not be used by anyone other than those specified parties.

Romolo & Associates LLC

Romolo & Associates, LLC
Certified Public Accountants
Peoria, IL
July 9, 2020

RECEIVED JUL 23 2020

## CONSULTING AGREEMENT PROCEDURES PERFORMED

1. Obtained a basic understanding of the Employer's payroll and fringe benefit reporting system.

2. Obtained access to some or all of the following accounting records from the Employer:

   - Payroll journals or computer printouts with paycheck history, employee hours, gross wages
   - Individual earnings and time records on all employees or computer printout with paycheck history
   - Annual earnings records (W-2's and W-3)
   - Quarterly employer's federal withholding and FICA tax returns (Forms 941)
   - Quarterly employer's contribution and wages reports for state unemployment compensation
   - Employer's copies of monthly fringe benefit report forms
   - Employee occupation listing
   - Cash disbursement records
   - Payments to subcontractors

3. To determine that we were provided with the entire payroll we performed the following procedure:

   - Agreed gross wages per the Employer's payroll to the W-2s/W3 on a test basis

4. In order to determine that all hours/months for covered work were properly reported to the Funds we performed the following test procedures on some or all employees:

   - Determined classifications of employees and/or their union affiliation based on the employer's records
   - Compared hours/months worked, per the employer's records, by covered employees to the hours/months reported based on information reported by the Fund

5. Reviewed findings with the Employer Representative at the conclusion of our procedures and discussed possible delinquencies.

   (Please see Notes for any scope limitation on the above procedures or additional procedures performed not described above.)

**SIGNATURE DEMO SERVICES, INC.**
**NOTES TO CONSULTING PROCEDURES**
**JUNE 1, 2016 THROUGH MAY 31, 2020**

**NOTE 1 SUMMARY OF FINDINGS**

This employer is located outside of the Fund's jurisdiction. They do not keep job cost records which could be used to determine the location of the work performed. The employer representative stated that all employees are laborers with the exception of the owners. Therefore, we traced all field employees to union reporting forms. In doing so, we found many employees with addresses which were located inside of the Fund's jurisdiction, but were not reported to the Fund. Other employees were traced to Chicago area laborers reporting forms. It appears as though the unreported employees were those with addresses inside of the Fund's jurisdiction. When we inquired of the employer, they stated that they had never paid on employees who were not from the Chicago area laborer locals. Therefore, we have shown all unreported hours as due herein under the Building contract.

Since we were not provided with job cost records, we had to show employees as due herein under the local in which their address was listed in the employer's records. The local classification codes used to show the hours as due are listed below.

Further be advised that although we were able to trace the other employees to a union reporting form for the Chicago area laborers, it is possible that employees from Chicago area locals worked in the Fund's jurisdiction but were not reported to the Fund.

| | |
|---|---|
| 159-clark | code used to show unreported hours for employees with Clark county Illinois address |
| 159-macon | code used to show unreported hours for employees with Macon county Illinois address |
| 362 | code used to show unreported hours for employees with address located inside the Local 362 jurisdiction |
| 477-chris | codes used to show unreported hours as due for employees with Christian county Illinois address |
| 703-cham | code used to show unreported hours as due for employees with Champaign county Illinois address |
| 996 | code used to show unreported hours as due for employees with address located inside the Local 996 jurisdiction |

**Signature Demo Services, Inc.**
**TOTAL SUMMARY OF AMOUNTS DUE**
**June 1, 2016 To May 31, 2020**

| | 2016 | 2017 | 2018 | 2019 | 2020 | TOTAL |
|---|---|---|---|---|---|---|
| PENSION | $ - | $ - | $ 456.00 | $ 1,867.76 | $ 136.56 | $ 2,460.32 |
| PENSION SUPP | $ - | $ - | $ 463.60 | $ 2,077.04 | $ 152.40 | $ 2,693.04 |
| WELFARE | $ - | $ - | $ - | $ 1,546.20 | $ - | $ 1,546.20 |
| RTREW | $ - | $ - | $ - | $ 85.40 | $ - | $ 85.40 |
| WELFARE NC | $ - | $ - | $ 623.20 | $ 252.00 | $ 201.60 | $ 1,076.80 |
| ANNUITY | $ - | $ - | $ 192.28 | $ 827.82 | $ 80.40 | $ 1,100.50 |
| TRAINING | $ - | $ - | $ 60.80 | $ 219.20 | $ 19.20 | $ 299.20 |
| LECET CI | $ - | $ - | $ - | $ 68.16 | $ - | $ 68.16 |
| LECET NC | $ - | $ - | $ 14.44 | $ 6.00 | $ 4.80 | $ 25.24 |
| MRFFC CI | $ - | $ - | $ - | $ 24.40 | $ - | $ 24.40 |
| MRFFC NC | $ - | $ - | $ 8.36 | $ 3.60 | $ 2.88 | $ 14.84 |
| CIBIAF | $ - | $ - | $ 14.44 | $ 50.14 | $ 5.04 | $ 69.62 |
| LEGAL CI | $ - | $ - | $ - | $ 14.40 | $ - | $ 14.40 |
| LPL NC | $ - | $ - | $ 3.80 | $ 1.50 | $ 0.60 | $ 5.90 |
| MKTPRES NC | $ - | $ - | $ 105.64 | $ 41.70 | $ 30.48 | $ 177.82 |
| CHECK OFF CI | $ - | $ - | $ - | $ 31.50 | $ - | $ 31.50 |
| VACATION SC | $ - | $ - | $ - | $ 542.00 | $ - | $ 542.00 |
| VACATION NC | $ - | $ - | $ 53.20 | $ 21.00 | $ 35.40 | $ 109.60 |
| WORK DUES CI | $ - | $ - | $ - | $ 505.64 | $ - | $ 505.64 |
| WORK DUES NC | $ - | $ - | $ 125.60 | $ 54.54 | $ 40.00 | $ 220.14 |
| TOTAL DUE | $ - | $ - | $ 2,121.36 | $ 8,240.00 | $ 709.36 | $ 11,070.72 |

**Signature Demo Services, Inc.**
**SUMMARY OF AMOUNTS DUE - LOCAL 159-Clark**
**June 1, 2016 To May 31, 2020**

| | 2016 | 2017 | 2018 | 2019 | 2020 | TOTAL |
|---|---|---|---|---|---|---|
| PENSION | $ - | $ - | $ - | $ 390.92 | $ - | $ 390.92 |
| PENSION SUPP | $ - | $ - | $ - | $ 435.58 | $ - | $ 435.58 |
| WELFARE | $ - | $ - | $ - | $ 368.30 | $ - | $ 368.30 |
| RTREW | $ - | $ - | $ - | $ 20.30 | $ - | $ 20.30 |
| ANNUITY | $ - | $ - | $ - | $ 208.80 | $ - | $ 208.80 |
| TRAINING | $ - | $ - | $ - | $ 46.40 | $ - | $ 46.40 |
| LECET CI | $ - | $ - | $ - | $ 16.24 | $ - | $ 16.24 |
| MRFFC CI | $ - | $ - | $ - | $ 5.80 | $ - | $ 5.80 |
| CIBIAF | $ - | $ - | $ - | $ 10.44 | $ - | $ 10.44 |
| VACATION SC | $ - | $ - | $ - | $ 116.00 | $ - | $ 116.00 |
| WORK DUES CI | $ - | $ - | $ - | $ 127.60 | $ - | $ 127.60 |
| TOTAL DUE | $ - | $ - | $ - | $ 1,746.38 | $ - | $ 1,746.38 |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Regular Hours**
**For period 1/1/2019 - 12/31/2019**
**Local: 159-clark**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SANDERS, EDWARD | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 58.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $390.92 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $390.92 |
| PENSION SUPP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $435.58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $435.58 |
| WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $368.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $368.30 |
| RTREW | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $20.30 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $208.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $208.80 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $46.40 |
| LECET CI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.24 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $16.24 |
| MRFFC CI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.80 |
| CIBIAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.44 |
| WORK DUES CI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $127.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $127.60 |
| VACATION SC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $116.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $116.00 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,746.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,746.38 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | |
| PENSION SUPP | 6.840 | 6.840 | 6.840 | 6.840 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | |
| WELFARE | 5.950 | 5.950 | 5.950 | 5.950 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | |
| RTREW | 0.350 | 0.350 | 0.350 | -0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | |
| ANNUITY | 3.280 | 3.280 | 3.280 | 3.280 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | 3.600 | |
| TRAINING | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | |
| LECET CI | 0.260 | 0.260 | 0.260 | 0.260 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | |
| MRFFC CI | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| CIBIAF | 0.170 | 0.170 | 0.170 | 0.170 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | |
| WORK DUES CI | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | |
| VACATION SC | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | |

**Signature Demo Services, Inc.**
**SUMMARY OF AMOUNTS DUE - LOCAL 159-Macon**
**June 1, 2016 To May 31, 2020**

| | 2016 | 2017 | 2018 | 2019 | 2020 | TOTAL |
|---|---|---|---|---|---|---|
| PENSION | $ - | $ - | $ - | $ 727.92 | $ - | $ 727.92 |
| PENSION SUPP | $ - | $ - | $ - | $ 805.72 | $ - | $ 805.72 |
| WELFARE | $ - | $ - | $ - | $ 682.60 | $ - | $ 682.60 |
| RTREW | $ - | $ - | $ - | $ 37.80 | $ - | $ 37.80 |
| ANNUITY | $ - | $ - | $ - | $ 388.32 | $ - | $ 388.32 |
| TRAINING | $ - | $ - | $ - | $ 86.40 | $ - | $ 86.40 |
| LECET CI | $ - | $ - | $ - | $ 30.08 | $ - | $ 30.08 |
| MRFFC CI | $ - | $ - | $ - | $ 10.80 | $ - | $ 10.80 |
| CIBIAF | $ - | $ - | $ - | $ 19.36 | $ - | $ 19.36 |
| VACATION SC | $ - | $ - | $ - | $ 216.00 | $ - | $ 216.00 |
| WORK DUES CI | $ - | $ - | $ - | $ 237.60 | $ - | $ 237.60 |
| TOTAL DUE | $ - | $ - | $ - | $ 3,242.60 | $ - | $ 3,242.60 |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Regular Hours**
**For period 1/1/2019 - 12/31/2019**
**Local: 159-macon**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OLIVER, BRIAN | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 |
| RIVERS, ALBERT | 0.00 | 8.00 | 0.00 | 0.00 | 20.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 28.00 |
| RUSSELL, MORGAN | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| SMITH, NORRIS | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| **Unreported Regular Hours** | 0.00 | 8.00 | 0.00 | 0.00 | 40.00 | 60.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 108.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $53.92 | $0.00 | $0.00 | $269.60 | $404.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $727.92 |
| PENSION SUPP | $0.00 | $54.72 | $0.00 | $0.00 | $300.40 | $450.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $805.72 |
| WELFARE | $0.00 | $47.60 | $0.00 | $0.00 | $254.00 | $381.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $682.60 |
| RTREW | $0.00 | $2.80 | $0.00 | $0.00 | $14.00 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $37.80 |
| ANNUITY | $0.00 | $26.32 | $0.00 | $0.00 | $144.80 | $217.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $388.32 |
| TRAINING | $0.00 | $6.40 | $0.00 | $0.00 | $32.00 | $48.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $86.40 |
| LECET CI | $0.00 | $2.08 | $0.00 | $0.00 | $11.20 | $16.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $30.08 |
| MRFFC CI | $0.00 | $0.80 | $0.00 | $0.00 | $4.00 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.80 |
| CIBIAF | $0.00 | $1.36 | $0.00 | $0.00 | $7.20 | $10.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $19.36 |
| WORK DUES CI | $0.00 | $17.60 | $0.00 | $0.00 | $88.00 | $132.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $237.60 |
| VACATION SC | $0.00 | $16.00 | $0.00 | $0.00 | $80.00 | $120.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $216.00 |
| **Total Liability** | $0.00 | $228.60 | $0.00 | $0.00 | $1,205.20 | $1,807.80 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3,242.60 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | |
| PENSION SUPP | 6.840 | 6.840 | 6.840 | 6.840 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | |
| WELFARE | 5.950 | 5.950 | 5.950 | 5.950 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | |
| RTREW | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | |
| ANNUITY | 3.290 | 3.290 | 3.290 | 3.290 | 3.620 | 3.620 | 3.620 | 3.620 | 3.620 | 3.620 | 3.620 | 3.620 | |
| TRAINING | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | |
| LECET CI | 0.260 | 0.260 | 0.260 | 0.260 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | |
| MRFFC CI | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| CIBIAF | 0.170 | 0.170 | 0.170 | 0.170 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | |
| WORK DUES CI | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | 2.200 | |
| VACATION SC | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | 2.000 | |

| Signature Demo Services, Inc. | | | | | | |
|---|---|---|---|---|---|---|
| SUMMARY OF AMOUNTS DUE - LOCAL 362 | | | | | | |
| | June 1, 2016 | To | May 31, 2020 | | | |
| | 2016 | 2017 | 2018 | 2019 | 2020 | TOTAL |
| PENSION | $ - | $ - | $ 456.00 | $ 180.00 | $ 72.00 | $ 708.00 |
| PENSION SUPP | $ - | $ - | $ 463.60 | $ 201.00 | $ 80.40 | $ 745.00 |
| WELFARE NC | $ - | $ - | $ 623.20 | $ 252.00 | $ 100.80 | $ 976.00 |
| ANNUITY | $ - | $ - | $ 192.28 | $ 92.40 | $ 33.60 | $ 318.28 |
| TRAINING | $ - | $ - | $ 60.80 | $ 24.00 | $ 9.60 | $ 94.40 |
| LECET NC | $ - | $ - | $ 14.44 | $ 6.00 | $ 2.40 | $ 22.84 |
| MRFFC NC | $ - | $ - | $ 8.36 | $ 3.60 | $ 1.44 | $ 13.40 |
| CIBIAF | $ - | $ - | $ 14.44 | $ 6.30 | $ 2.52 | $ 23.26 |
| LPL NC | $ - | $ - | $ 3.80 | $ 1.50 | $ 0.60 | $ 5.90 |
| MKTPRES NC | $ - | $ - | $ 105.64 | $ 41.70 | $ 16.68 | $ 164.02 |
| VACATION NC | $ - | $ - | $ 53.20 | $ 21.00 | $ 8.40 | $ 82.60 |
| WORK DUES NC | $ - | $ - | $ 125.60 | $ 54.54 | $ 20.00 | $ 200.14 |
| TOTAL DUE | $ - | $ - | $ 2,121.36 | $ 884.04 | $ 348.44 | $ 3,353.84 |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Regular Hours**
**For period 1/1/2018 - 12/31/2018**
**Local: 362**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAGSBY, ROY | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.00 | 0.00 | 0.00 | 0.00 | 38.00 |
| THOMAS, PAUL | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 38.00 | 0.00 | 0.00 | 0.00 | 38.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 76.00 | 0.00 | 0.00 | 0.00 | 76.00 |
| Amounts Due | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $456.00 | $0.00 | $0.00 | $0.00 | $456.00 |
| PENSION SUPP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $463.60 | $0.00 | $0.00 | $0.00 | $463.60 |
| WELFARE NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $623.20 | $0.00 | $0.00 | $0.00 | $623.20 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $192.28 | $0.00 | $0.00 | $0.00 | $192.28 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $60.80 | $0.00 | $0.00 | $0.00 | $60.80 |
| LECET NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.44 | $0.00 | $0.00 | $0.00 | $14.44 |
| MRFFC NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.36 | $0.00 | $0.00 | $0.00 | $8.36 |
| CIBIAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14.44 | $0.00 | $0.00 | $0.00 | $14.44 |
| LPL NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.80 | $0.00 | $0.00 | $0.00 | $3.80 |
| MKTPRES NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $105.64 | $0.00 | $0.00 | $0.00 | $105.64 |
| VACATION NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $53.20 | $0.00 | $0.00 | $0.00 | $53.20 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,995.76 | $0.00 | $0.00 | $0.00 | $1,995.76 |
| Rates | | | | | | | | | | | | | |
| PENSION | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | |
| PENSION SUPP | 5.510 | 5.510 | 5.510 | 5.510 | 6.100 | 6.100 | 6.100 | 6.100 | 6.100 | 6.100 | 6.100 | 6.100 | |
| WELFARE NC | 7.800 | 7.800 | 7.800 | 7.800 | 8.200 | 8.200 | 8.200 | 8.200 | 8.200 | 8.200 | 8.200 | 8.200 | |
| ANNUITY | 2.190 | 2.190 | 2.190 | 2.190 | 2.530 | 2.530 | 2.530 | 2.530 | 2.530 | 2.530 | 2.530 | 2.530 | |
| TRAINING | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | |
| LECET NC | 0.180 | 0.180 | 0.180 | 0.180 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | |
| MRFFC NC | 0.100 | 0.100 | 0.100 | 0.100 | 0.110 | 0.110 | 0.110 | 0.110 | 0.110 | 0.110 | 0.110 | 0.110 | |
| CIBIAF | 0.170 | 0.170 | 0.170 | 0.170 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | 0.190 | |
| LPL NC | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |
| MKTPRES NC | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | |
| VACATION NC | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Gross Wages**
**For period 1/1/2018 - 12/31/2018**
**Local: 362**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAGSBY, ROY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,141.90 | $0.00 | $0.00 | $0.00 | $1,141.90 |
| THOMAS, PAUL | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1,141.90 | $0.00 | $0.00 | $0.00 | $1,141.90 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,283.80 | $0.00 | $0.00 | $0.00 | $2,283.80 |
| Amounts Due | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $125.60 | $0.00 | $0.00 | $0.00 | $125.60 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $125.60 | $0.00 | $0.00 | $0.00 | $125.60 |
| Rates | | | | | | | | | | | | | |
| Working Dues | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Regular Hours**
**For period 1/1/2019 - 12/31/2019**
**Local: 362**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANTU, HOMERO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Amounts Due | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $180.00 |
| PENSION SUPP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $201.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $201.00 |
| WELFARE NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $252.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $252.00 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $84.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $84.00 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.00 |
| LECET NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.00 |
| MRFFC NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.60 |
| CIBIAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $6.30 |
| LPL NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $1.50 |
| MKTPRES NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41.70 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $41.70 |
| VACATION NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $21.00 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $821.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $821.10 |
| Rates | | | | | | | | | | | | | |
| PENSION | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | 6.000 | |
| PENSION SUPP | 6.100 | 6.100 | 6.100 | 6.100 | 6.700 | 6.700 | 6.700 | 6.700 | 6.700 | 6.700 | 6.700 | 6.700 | |
| WELFARE NC | 8.200 | 8.200 | 8.200 | 8.200 | 8.400 | 8.400 | 8.400 | 8.400 | 8.400 | 8.400 | 8.400 | 8.400 | |
| ANNUITY | 2.530 | 2.530 | 2.530 | 2.530 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | |
| TRAINING | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | |
| LECET NC | 0.190 | 0.190 | 0.190 | 0.190 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | 0.200 | |
| MRFFC NC | 0.110 | 0.110 | 0.110 | 0.110 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | 0.120 | |
| CIBIAF | 0.190 | 0.190 | 0.190 | 0.190 | 0.210 | 0.210 | 0.210 | 0.210 | 0.210 | 0.210 | 0.210 | 0.210 | |
| LPL NC | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | 0.050 | |
| MKTPRES NC | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | 1.390 | |
| VACATION NC | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | 0.700 | |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Overtime Hours**
**For period 1/1/2019 - 12/31/2019**
**Local: 362**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANTU, HOMERO | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| Unreported Overtime Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| PENSION SUPP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| WELFARE NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LECET NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MRFFC NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| CIBIAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| LPL NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MKTPRES NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| VACATION NC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| PENSION SUPP | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| WELFARE NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| ANNUITY | 2.530 | 2.530 | 2.530 | 2.530 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | 2.800 | |
| TRAINING | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| LECET NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| MRFFC NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| CIBIAF | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| LPL NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| MKTPRES NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |
| VACATION NC | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Gross Wages**
**For period 1/1/2019 - 12/31/2019**
**Local: 362**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CANTU, HOMERO | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $991.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $991.85 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $991.85 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $991.85 |
| **Amounts Due** | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.54 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.54 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $54.54 |
| **Rates** | | | | | | | | | | | | | |
| Working Dues | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | 5.50% | |

**Signature Demo Services, Inc.**
**SUMMARY OF AMOUNTS DUE - LOCAL 477-Chris**
**June 1, 2016 To May 31, 2020**

| | | 2016 | 2017 | 2018 | 2019 | 2020 | TOTAL |
|---|---|---|---|---|---|---|---|
| PENSION | | $ - | $ - | $ - | $ 202.20 | $ - | $ 202.20 |
| PENSION SUPP | | $ - | $ - | $ - | $ 225.30 | $ - | $ 225.30 |
| WELFARE | | $ - | $ - | $ - | $ 190.50 | $ - | $ 190.50 |
| RTREW | | $ - | $ - | $ - | $ 10.50 | $ - | $ 10.50 |
| ANNUITY | | $ - | $ - | $ - | $ 102.30 | $ - | $ 102.30 |
| TRAINING | | $ - | $ - | $ - | $ 24.00 | $ - | $ 24.00 |
| LECET CI | | $ - | $ - | $ - | $ 8.40 | $ - | $ 8.40 |
| MRFFC CI | | $ - | $ - | $ - | $ 3:00 | $ - | $ 3.00 |
| CIBIAF | | $ - | $ - | $ - | $ 5.40 | $ - | $ 5.40 |
| CHECK OFF CI | | $ - | $ - | $ - | $ 31.50 | $ - | $ 31.50 |
| VACATION SC | | $ - | $ - | $ - | $ 90.00 | $ - | $ 90.00 |
| WORK DUES CI | | $ - | $ - | $ - | $ 32.44 | $ - | $ 32.44 |
| TOTAL DUE | | $ - | $ - | $ - | $ 925.54 | $ - | $ 925.54 |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Regular Hours**
**For period 1/1/2019 - 12/31/2019**
**Local: 477-chris**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLEN, JOEDWARD [redacted] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| Unreported Regular Hours | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 30.00 |
| **Amounts Due** | | | | | | | | | | | | | |
| PENSION | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $202.20 |
| PENSION SUPP | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $225.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $225.30 |
| WELFARE | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $190.50 |
| RTREW | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $10.50 |
| ANNUITY | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102.30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $102.30 |
| TRAINING | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24.00 |
| LECET CI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8.40 |
| MRFFC CI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $3.00 |
| CIBIAF | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.40 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $5.40 |
| CHECK OFF CI | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.50 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $31.50 |
| VACATION SC | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $90.00 |
| **Total Liability** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $893.10 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $893.10 |
| **Rates** | | | | | | | | | | | | | |
| PENSION | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | 6.740 | |
| PENSION SUPP | 6.840 | 6.840 | 6.840 | 6.840 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | 7.510 | |
| WELFARE | 5.960 | 5.950 | 5.950 | 5.950 | 8.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | 6.350 | |
| RTREW | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | 0.350 | |
| ANNUITY | 3.060 | 3.080 | 3.080 | 3.080 | 3.410 | 3.410 | 3.410 | 3.410 | 3.410 | 3.410 | 3.410 | 3.410 | |
| TRAINING | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | 0.800 | |
| LECET CI | 0.260 | 0.260 | 0.260 | 0.260 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.280 | 0.260 | 0.280 | |
| MRFFC CI | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | 0.100 | |
| CIBIAF | 0.170 | 0.170 | 0.170 | 0.170 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | 0.180 | |
| CHECK OFF CI | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | 1.200 | 1.200 | 1.200 | 1.200 | |
| VACATION SC | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | 3.000 | |

**Signature Demo Services, Inc. - CLPWAF**
**Unreported Gross Wages**
**For period 1/1/2019 - 12/31/2019**
**Local: 477-chris**

| | January | February | March | April | May | June | July | August | September | October | November | December | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALLEN, JOEDWARD | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $926.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $926.97 |
| Unreported Total Gross Wage | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $926.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $926.97 |
| Amounts Due | | | | | | | | | | | | | |
| Working Dues | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32.44 |
| Total Liability | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32.44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $32.44 |
| Rates | | | | | | | | | | | | | |
| Working Dues | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | 3.50% | |

**Signature Demo Services, Inc.**
**SUMMARY OF AMOUNTS DUE - LOCAL 703-Cham**
**June 1, 2016 To May 31, 2020**

| | 2016 | 2017 | 2018 | 2019 | 2020 | TOTAL |
|---|---|---|---|---|---|---|
| PENSION | $ - | $ - | $ - | $ 366.72 | $ - | $ 366.72 |
| PENSION SUPP | $ - | $ - | $ - | $ 409.44 | $ - | $ 409.44 |
| WELFARE | $ - | $ - | $ - | $ 304.80 | $ - | $ 304.80 |
| RTREW | $ - | $ - | $ - | $ 16.80 | $ - | $ 16.80 |
| ANNUITY | $ - | $ - | $ - | $ 36.00 | $ - | $ 36.00 |
| TRAINING | $ - | $ - | $ - | $ 38.40 | $ - | $ 38.40 |
| LECET CI | $ - | $ - | $ - | $ 13.44 | $ - | $ 13.44 |
| MRFFC CI | $ - | $ - | $ - | $ 4.80 | $ - | $ 4.80 |
| CIBIAF | $ - | $ - | $ - | $ 8.64 | $ - | $ 8.64 |
| LEGAL CI | $ - | $ - | $ - | $ 14.40 | $ - | $ 14.40 |
| VACATION SC | $ - | $ - | $ - | $ 120.00 | $ - | $ 120.00 |
| WORK DUES CI | $ - | $ - | $ - | $ 108.00 | $ - | $ 108.00 |
| TOTAL DUE | $ - | $ - | $ - | $ 1,441.44 | $ - | $ 1,441.44 |

**SCIORTINO EXHIBIT 3**

1700 W. LUTHY DRIVE, PEORIA IL 61615
PHONE 309.682.2001 • FAX 309.682.2045 • romolocpa.com

July 9, 2020

Central Laborers P,W&A Fund
P.O. Box 1267
Jacksonville, IL 62651

Invoice # 28078

For professional services rendered in connection with the fringe benefit payroll compliance examination on behalf of the:

Central Laborers Pension, Welfare & Annuity Funds for Signature Demo Services, Inc. for the period June 1, 2016 through May 31, 2020:

| | |
|---|---|
| Scheduling | 75.00 |
| Field Work | 1,237.50 |
| Processing | 175.00 |
| Mileage (285 mi. @ $.575) | 163.88 |

PAYABLE UPON RECEIPT TOTAL $ 1,651.38

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CENTRAL LABORERS' PENSION FUND, CENTRAL LABORERS' WELFARE FUND (ACTIVES & RETIREES), CENTRAL LABORERS' ANNUITY FUND, NORTH CENTRAL ILLINOIS LABORERS' HEALTH AND WELFARE FUND ("NC Welfare"), NORTHERN ILLINOIS LABORERS' ANNUITY FUND ("NI Annuity"), ILLINOIS LABORERS AND CONTRACTORS JOINT APPRENTICESHIP & TRAINING TRUST FUND, MIDWEST REGION FOUNDATION FOR FAIR CONTRACTING ("MRFFC"), CONSTRUCTION INDUSTRY ADVANCEMENT FUND, NORTH CENTRAL LABORERS-EMPLOYERS COOPERATION AND EDUCATION TRUST, MARKET PROMOTION FUND, MIDWEST REGION ORGANIZATION COMMITTEE, GREAT PLAINS LABORERS' VACATION FUND, and the GREAT PLAINS LABORERS' DISTRICT COUNCIL WORKING DUES CHECK OFF FUND

Plaintiffs,

v.

SIGNATURE DEMOLITION SERVICES INC., an Illinois corporation,

Defendant.

Case No. **20-Cv-1656**

Judge Edmond E. Chang

**<u>AFFIDAVIT REGARDING FEES AND COSTS</u>**

I, Richard A. Toth, affiant, duly sworn on oath, depose and say as follows:

1. I am of legal age, without disability to render testimony and understand that I make this affidavit under an obligation to state truthfully the matters set forth in this affidavit.

2. I am an attorney, licensed since 1994 to practice law in the State of Illinois, U.S. District Court for the Northern District of Illinois, and U.S. District Court for the Central District of Illinois. I am Plaintiffs' attorney of record in this case.

3. I am employed as an attorney by the law firm of Daley and George, Ltd., 20 S. Clark, Chicago, Illinois. In that employment I have represented local unions and ERISA funds since 1994, including but not limited to work for a Sheet Metal Workers' International Association local union and its affiliated ERSIA funds, International Brotherhood of Electrical Workers' affiliated ERISA funds, and Laborers' International Union of North America affiliated ERISA funds.

4. The law firm of Daley and George, Ltd. bills Plaintiffs in this case at the rate of $275 per hour. This rate is lower than the firm's (and my own) standard hourly rate. I have been paid at the same or

higher rate in other cases before U.S. District Courts. The hourly rate charged is more than fair and reasonable given my level of experience.

5. The attached breakdown ("Exhibit 1") of costs is correct and such costs have been necessarily incurred in the case. The attached breakdown also lists hours actually worked in this case and the services for which fees have been charged were actually and necessarily performed. The time spent by this firm was worked in the course of collection of delinquent contributions, liquidated damages, and interest pursuant to Section 1132 of ERISA. Plaintiffs have paid all invoices submitted to them.

Richard A. Toth

Subscribed and sworn to
before me this January 20, 2021.

NOTARY PUBLIC

OFFICIAL SEAL
MONICA MARCHETTI
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:04/30/23

Toth Exhibit 1

**FEES**

| | | |
|---|---|---|
| 03/02/20 | Receive and review initial referral materials from Fund Office; research corporate status of employer; open file; related follow up. | 0.30 |
| 03/03/20 | Draft complaint for audit. | 0.60 |
| 03/03/20 | Prepare civil action cover sheet, appearance and summons. | 0.20 |
| 03/07/20 | Finalize complaint; file complaint, civil cover sheet and appearance; update case report; related follow up. | 0.50 |
| 03/11/20 | Receive and review complaint and summons to be sent to process server; submit court documents to ABC Legal for service of process related to same. | 0.30 |
| 03/11/20 | Receive and review e-mail and judge assignments from court clerk; prepare summonses; prepare and transmit e-mail and summons to court clerk for issuance. | 0.30 |
| 03/11/20 | Receive and review e-mail and issued summonses from court clerk; prepare materials for process server. | 0.10 |
| 03/16/20 | Receive and review court minute order. | 0.10 |
| 03/26/20 | Receive and review court minute order; calendar court date; update status report. | 0.10 |
| 03/26/20 | Respond to issues regarding employer address and status of service of process. | 0.10 |
| 03/27/20 | Receive and review e-mail notice from ABC Legal Services regarding status of service of process. | 0.10 |
| 04/30/20 | Prepare and transmit e-mail with summons and complaint for service of process to L. Mota for service against Signature Demolition. | 0.20 |
| 05/01/20 | Prepare and submit alias summons to Northern District clerk for Signature Demolition; transmit e-mail to L. Mota at Integrity Process Service regarding same. | 0.10 |
| 05/01/20 | Receive and review court notice. | 0.10 |
| 05/06/20 | Receive and review court minute order; calendar court dates; update status report. | 0.10 |
| 05/07/20 | Receive and review affidavit of service for Signature Demolition from L. Mota at Integrity Process Service. | 0.10 |
| 05/13/20 | Receive and file affidavit of service for summons and complaint against Signature Demolition. | 0.30 |
| 05/18/20 | Review court docket and third general order regarding requirement to file status report based on entry date of last court order. | 0.10 |

| | | |
|---|---|---|
| 05/22/20 | Telephone conference with employer representative J. Roderick; confirm company's new address; prepare and transmit e-mail and auditor contact information to J. Roderick; prepare and transmit e-mail and court minute order to J. Roderick; prepare and transmit e-mail and update employer address to Fund Office; update case status report. | 0.10 |
| 05/26/20 | Receive and review court minute order; calendar court date; update status report. | 0.10 |
| 06/02/20 | Research, prepare and file initial court status report. | 0.50 |
| 06/15/20 | Receive and review court minute order; calendar court date; update status report. | 0.10 |
| 06/22/20 | Review court docket; telephone conference with auditor regarding scheduled audit. | 0.10 |
| 06/26/20 | Prepare and transmit e-mail to A. Onysio of Romolo and Associates inquiring about status of audit. | 0.10 |
| 06/26/20 | Receive and review e-mail from A. Onysio confirming completion of audit; prepare and transmit reply e-mail regarding timing. | 0.10 |
| 06/29/20 | Prepare and file court status report; related follow up. | 0.50 |
| 06/30/20 | Receive and review court minute order; calendar court date; update status report. | 0.10 |
| 07/02/20 | Prepare court status report. | 0.30 |
| 07/31/20 | Prepare and transmit e-mail to A. Onysio of Romolo and Associates regarding status of audit. | 0.10 |
| 07/31/20 | Receive and review e-mail from A. Onysio regarding completion of draft audit report; prepare and transmit follow up e-mail to Fund Office team regarding status of audit. | 0.10 |
| 08/05/20 | Prepare materials for motion for default judgement. | 0.30 |
| 08/05/20 | Receive and review e-mail from employee representative J. Roderick regarding acceptance of audit. | 0.10 |
| 08/06/20 | Prepare summary of costs and fees; prepare and transmit e-mail and claim amounts for costs and fees to employer representative J. Roderick. | 0.30 |
| 08/07/20 | Prepare and file court status report and notice of filing; related follow up. | 0.50 |
| 08/11/20 | Prepare and transmit e-mail to employer representative J. Roderick regarding payment of claim. | 0.10 |
| 08/11/20 | Receive and review court minute order; calendar court date; update status report. Receive and review e-mail from employer. | 0.20 |
| 08/13/20 | Prepare and transmit e-mail to employer representative regarding pending litigation and payment of claims. Exchange various follow up e-mails with employer representative regarding payment of claim. | 0.20 |

| | | |
|---|---|---|
| 08/14/20 | Telephone conference with employer representative J. Roderick regarding settlement payment; prepare and transmit follow up e-mail to Fund Office. | 0.30 |
| 08/24/20 | Research regarding lawsuits filed against employer by Chicago Laborers Funds. Prepare and transmit e-mail to Fund Office regarding employer's request for installment payment plan. | 0.20 |
| 08/24/20 | Receive and review e-mail from L. Sciortino regarding payment plan; prepare and transmit follow up e-mail to employer representative. Receive and review e-mail from employer representative J. Roderick approving payment plan. Prepare and file court status report. | 0.90 |
| 08/25/20 | Receive and review court minute order; calendar court date; update status report. | 0.10 |
| 08/27/20 | Investigation regarding payment of initial settlement installment. | 0.10 |
| 08/28/20 | Prepare and transmit e-mail to employee representative J. Roderick regarding non-payment of settlement amount. | 0.10 |
| 08/31/20 | Prepare motion for attorney's fees; prepare affidavit for Fund Office for use with motion; prepare and transmit follow up e-mail and affidavit to L. Sciortino; related follow up. | 0.60 |
| 09/01/20 | Receive and review settlement installment payment from employer. Confirm payment amount. Calendar dates for future payments. Prepare and transmit letter and payment to L. Sciortino of Fund Office. Update case status report. | 0.20 |
| 09/11/20 | Receive and review e-mail from employer representative J. Roderick regarding installment payment; prepare and transmit reply e-mail. | 0.10 |
| 09/17/20 | Exchange e-mails with judge's clerk regarding status hearing and filing of notice of voluntary dismissal. Receive and review court minute order; calendar court date; update status report. | 0.20 |
| 09/18/20 | Prepare and file Rule 41 notice of dismissal; prepare and transmit follow up e-mail and notice to judge's clerk; related follow up. Receive and review court minute order; calendar court date; update status report. | 0.40 |
| 09/30/20 | Prepare and transmit e-mail to employer representative J. Roderick regarding installment payment due date. | 0.10 |
| 11/04/20 | Prepare and transmit demand letter to employer regarding delinquent settlement payment. | 0.10 |
| 11/09/20 | Prepare motion to reinstate. Receive and review installment payment; prepare and transmit letter and installment payment to L. Sciortino. | 0.30 |
| 11/30/20 | Prepare and transmit e-mail to employer regarding installment payment. | 0.10 |
| 12/08/20 | Prepare and transmit e-mail to employer representative J. Roderick regarding settlement payment. | 0.10 |

| | | |
|---|---|---|
| 12/11/20 | Coordinate mailing of motion and notice of filing. Receive and review court minute order; calendar court date; update status report. | 0.20 |
| 01/11/21 | Prepare motion for default judgment. | 1.00 |
| 01/20/21 | Receive and review signed affidavit from client; finalize and file motion for default judgment. | 0.40 |
| | **Total hours:** | **13.10** |
| | **TOTAL FEES (@ $275/hour):** | **$3,602.50** |

**COSTS**

| | | |
|---|---|---|
| 03/09/20 | U.S. District Court Filing Fee. | $400.00 |
| 03/27/20 | ABC Legal Service of Process Fee. | $60.00 |
| 05/14/20 | Service Fees | $145.00 |
| | **TOTAL COSTS:** | **$605.00** |
| | **TOTAL FEES AND COSTS:** | **$ 4,207.50** |